UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:14-00004 |
| | ) | Judge Sharp |
| TERRANCE NELSON CARTER | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Suppress filed by Defendant Terrance Nelson Carter (Docket No. 28) is hereby DENIED. The jury trial in this case is scheduled to commence at 9:00 a.m., on Tuesday, July 12, 2016. A final pretrial conference will be held on Friday, July 8, 2016, at 10:30 a.m.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE